[No. 14433-6-II.   Division Two.   January 19, 1993.]

THE STATE OF WASHINGTON, *on the Relation of Terri
Ann Zamora, Respondent*, v. JEFFREY ALAN
BECK, *Appellant*.

Appeal from a judgment of the Superior Court for Clark
County, No. 85-5-00061-1, James D. Ladley, J., entered Octo-

ber 24, 1990. *Affirmed* by unpublished opinion per Petrich, J., concurred in by Alexander, C.J., and Seinfeld, J.